IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 PM 3:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JERRY WAYNE TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 03-2589-D |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR CONTINUANCE OF TRIAL

The United States has filed a motion seeking a continuance of the trial. For the reasons stated in the motion and for good cause shown, the motion is granted. A new trial date will be set by separate order from this Court and the parties will be notified of the new trial date.

**IT IS SO ORDERED**, this 17th day of June, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
LINDA NETTLES HARRIS
ASSISTANT UNITED STATES ATTORNEY

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___6-20-05___

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02589 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

W. E. Gore
LAW OFFICE OF W.E. GORE, JR.
406 E. South St.
P.O. Box 1068
Jackson, MS 39215

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT