FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 SEP 22 AM 6:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**JERRY WAYNE TAYLOR,**

    Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

    Defendant.

Case No. 03-2589 D P

---

## ORDER REFERENCE

---

This matter is hereby referred to the Magistrate Judge for mediation on September 26, 2005.

**IT IS SO ORDERED** this _15_ day of _September_ 2005.

                              BERNICE B. DONALD
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/22/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:03-CV-02589 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

W. E. Gore
LAW OFFICE OF W.E. GORE, JR.
406 E. South St.
P.O. Box 1068
Jackson, MS 39215

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT