IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /R___ D.C.

05 NOV 21 AM 11: 27

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

JERRY WAYNE TAYLOR,

    Plaintiff,

vs.

                        No. 03-CV-2589-D/P

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER GRANTING MOTION TO CONTINUE TRIAL

Pursuant to Rules 6(b) of the Federal Rules of Civil Procedure and the Motion for Continuance of Trial filed by the plaintiff and not objected to by the defendant under Rule 6(b), the trial of this matter is hereby continued from Thursday, December 15, 2005, and reset for:

_Monday, January 23, 2006 at 9:00 A.M._

IT IS SO ORDERED this __17th__ day of November, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Approved for Entry:

*[signature]*
GREGORY C. KROG, JR., ESQ.
TN BOPR # 011029
THE LAW OFFICE OF
   GREGORY C. KROG, JR.
840 Valleybrook Drive

*[signature]*
LINDA N. HARRIS, ESQ.
U.S. ATTORNEY'S OFFICE
TN BOPR # 005122
Federal Building
167 N. Main St.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-21-05__

Memphis, Tennessee 38120
(901) 683-9080
Counsel for Plaintiff

Ste. 800
Memphis, TN 38103
901-544-4231
Counsel for Defendant

*W.C. Gore, Jr., by [signature] with permission*

W. E. GORE, JR., Mississippi Bar # 4918
406 E. South Street
P. O. Box 1068
Jackson, MS 39215
Phone: 601/355-8775
Fax:    601/355-7002
Counsel for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CV-02589 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

W. E. Gore
LAW OFFICE OF W.E. GORE, JR.
406 E. South St.
P.O. Box 1068
Jackson, MS 39215

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gregory Krog
LAW OFFICE OF GREG KROG, JR.
840 Valleybrook Drive
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT